UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: Edward D. Friedman                              MBD Number 05-10030-WGY

**ORDER OF ADMINISTRATIVE SUSPENSION**

PER CURIA                                              January 25, 2005

The Court having been advised that Edward D. Friedman has been administratively suspended by the Supreme Judicial Court from the practice of law at the bar of the Commonwealth of Massachusetts and is likewise forthwith immediately suspended from the practice of law at the bar of the United States District Court for the District of Massachusetts.

Should Edward D. Friedman desire to invoke the procedures and make the showing required by Local Rule 83.6(2)(B)(ii), the Court shall be informed within 30 days of the date of this order and the Court will schedule a hearing thereon within 15 days following such notification as required by the Local Rule.

Upon notification of action taken by Edward D. Friedman to invoke such procedures the Court will consider imposing reciprocal discipline pursuant to Local Rule 83.6(2)(C).

Edward D. Friedman shall forthwith notify clients and opposing counsel in any cases now pending in this court and the Bankruptcy Court in this District of this order of administrative suspension.

                                                       /s/ William G. Young
                                                       WILLIAM G. YOUNG
                                                       CHIEF JUDGE

DOCKETED